[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-14718
Non-Argument Calendar
_____

D.C. Docket No. 6:17-cr-00271-CEM-GJK-3


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SLY SHANEIL DE LOS SANTOS,
a.k.a. Sly,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 11, 2019)

Before WILSON, BRANCH, and HULL, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Sly Shaneil De Los Santos ("Santos") in this direct criminal appeal, has moved to withdraw from further representation of Santos and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Santos's convictions and sentences are **AFFIRMED.**